# UNITED STATES DISTRICT COURT

## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TYLER KELTON | ) **JUDGMENT IN A CRIMINAL CASE**<br>)<br>)<br>) Case Number: 3 22-cr-00386-3<br>)<br>) USM Number: 04182-511<br>)<br>) Jack L Byrd<br>) Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1 and 5 of the Superseding Indictment

☐ pleaded nolo contendere to count(s)
    which was accepted by the court.

☐ was found guilty on count(s)
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses·

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U S C § 846 | Conspiracy to distribute 40 grams or more of a fentanyl<br>mixture | 12/22/2022 | 1 |
| 21 U.S C § 841 | Distribution of a fentanyl mixture | 6/19/2022 | 5 |

    The defendant is sentenced as provided in pages 2 through ___5___ of this judgment  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is    ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances

3/17/2026
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

April 1, 2026
Date

DEFENDANT:  TYLER KELTON
CASE NUMBER:  3 22-cr-00386-3

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a
total term of:

45 months - 45 months on Counts 1 and 5 to run concurrent with each other and with any sentence potentially to be imposed in Williamson County Criminal Court, Case Number 2023-CR-17286  The sentence is to begin running the date of sentencing (3/17/26) and to be served initially in the custody of Williamson County or the Tennessee Department of Corrections and, if not fully served at the conclusion of such custody, thereafter in the Bureau of Prisons.

☐  The court makes the following recommendations to the Bureau of Prisons

☑  The defendant is remanded to the custody of the United States Marshal

☐  The defendant shall surrender to the United States Marshal for this district·

    ☐  at _____  ☐  a m  ☐  p.m.  on  _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons·

    ☐  before 2 p.m  on  _____ .

    ☐  as notified by the United States Marshal

    ☐  as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to  _____

at _____ , with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  TYLER KELTON
CASE NUMBER.  3 22-cr-00386-3

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of.

No term of supervised release imposed

DEFENDANT: TYLER KELTON
CASE NUMBER: 3 22-cr-00386-3

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200 00 | $ | $ | $ | $ |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below  However, pursuant to 18 U S C  § 3664(i), all nonfederal victims must be paid before the United States is paid

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| **TOTALS** | $ | 0 00 | $ | 0 00 |
|---|---|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S C  § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U S C  § 3612(g)

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that.

    ☐  the interest requirement is waived for the    ☐  fine    ☐  restitution.

    ☐  the interest requirement for the    ☐  fine    ☐  restitution is modified as follows.

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L  No  115-299
** Justice for Victims of Trafficking Act of 2015, Pub. L  No  114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

Judgment — Page  5  of  5

DEFENDANT:  TYLER KELTON
CASE NUMBER:  3 22-cr-00386-3

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows.

**A**  ☐  Lump sum payment of $ _____ due immediately, balance due

      ☐  not later than _____ , or
      ☐  in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B**  ☑  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below), or

**C**  ☐  Payment in equal _____ *(e g , weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e g , months or years)*, to commence _____ *(e g , 30 or 60 days)* after the date of this judgment, or

**D**  ☐  Payment in equal _____ *(e g , weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e g , months or years)*, to commence _____ *(e g , 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e g , 30 or 60 days)* after release from imprisonment  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties·

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Case Number
Defendant and Co-Defendant Names
*(including defendant number)*      Total Amount      Joint and Several Amount      Corresponding Payee, if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s).

☐  The defendant shall forfeit the defendant's interest in the following property to the United States.

Payments shall be applied in the following order. (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs